UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDWARD RAY SMITH ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:16-CV-194-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 7, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $8,236.50 and $451.65 in expenses, equaling a total of $8,688.15.

**This Judgment Filed and Entered on April 7, 2020, and Copies To:**
Cynthia M. Currin (via CM/ECF Notice of Electronic Filing
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

April 7, 2020                    PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk