| | |
|---|---|
| EDWARD RAY SMITH,<br>    Plaintiff,<br><br>v.<br><br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br>    Defendant. | **SECOND AMENDED JUDGMENT**<br><br>No. 5:16-CV-194-FL |

**Decision by Court.**

This action came before the Honorable James E. Gates, United States Magistrate Judge, for consideration of plaintiff's motion for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's amended order entered April 15, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $8,236.50 in attorney's fees and $51.65 in expenses, associated with this case in full satisfaction of any and all claims arising under the EAJA. Plaintiff shall be reimbursed for the filing fee of $400.00 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on April 15, 2020, and Copies To:**
Cynthia M. Currin (via CM/ECF Notice of Electronic Filing
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

April 15, 2020       PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk